IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:24-CR-102-2FL

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | ORDER |
|  | ) |  |
| STEPHEN DARDEN, | ) |  |
| Defendant. | ) |  |

This matter comes before the court on Defendant's motion to sequester Government witnesses. For good cause shown, the motion is hereby ALLOWED. Pursuant to Rule 615(a) of the Federal Rules of Evidence, it is ordered that the Government's witnesses are excluded from the courtroom, save for one designated person, such as the case agent. Additionally, pursuant to Rule 615(b) of the Federal Rules of Evidence, this order prohibits disclosure of trial testimony to excluded witnesses and prohibits access to trial testimony by excluded witnesses.

SO ORDERED, this the 6th day of February, 2026.

Louise W. Flanagan
United States District Judge