IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CR-102-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| FERNANDO CHAIDEZ, and STEPHEN DARDEN | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter recently set for trial to commence March 16, 2026, is the subject of newly filed motions on behalf of defendant Stephen Darden ("Darden"), including motion to suppress (DE 83) and motion to sever (DE 82), to which the government's deadline for response now is extended to February 16, 2026. Defendant's motion to suppress is complex. Upon preliminary review, the court deems hearing on the motion likely necessary, and in that light, observes the current trial deadline has not carved out sufficient time for referral of that motion to a magistrate judge for hearing and the making of proposed findings and recommendations. Accordingly, March 16, 2026, trial now is continued together with March 4, 2026, deadline for filing proposed jury instructions and voir dire, and the government's proposed verdict form.

The court may exclude from speedy trial computation "[a]ny period of delay resulting from a continuance granted by any judge on [the judge's] own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of [the judge's] findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. §

3161(h)(7)(A). In granting a continuance under the "ends of justice" provision, the court must make findings based on a nonexhaustive list of factors, such as the complexity of the case and the time reasonably required by the parties to prepare.  See 18 U.S.C. § 3161(h)(7)(B).  The court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Upon the court's decisions on pending motions, trial will be set.  All remaining deadlines not herein altered, including the government's February 13, 2026, deadline to provide expert witness disclosures to defendant Darden, and his same deadline to provide expert witness disclosures, remain in effect.

SO ORDERED, this the 6th day of February, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge